**Mrs. Marie BISH et vir., Appellants,**

v.

**EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Appellee.**

**No. 14016.**

United States Court of Appeals, Fifth Circuit.

Jan. 12, 1955.

Richard H. Switzer, Cleve Burton, Shreveport, La., for appellant.

Charles D. Egan, Benjamin C. King, Shreveport, La., for appellee.

Before HOLMES, RUSSELL and STRUM, Circuit Judges.

PER CURIAM.

It is ordered that the petition for rehearing in the above styled and numbered cause be, and the same hereby is

granted, the judgment heretofore entered set-aside, the judgment appealed from reversed, and the cause remanded to the district court for further proceedings in accordance with law. Watson v. Employers Liability Assurance Corporation, 75 S.Ct. 166.

Judge STRUM participated in the original decision of this case, but died before the above order on the petition for rehearing was made by the court.

**S. P. BEECHER, Appellant,**

v.

**UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF WASHINGTON, Leavenworth State Bank, Federal Land Bank of Spokane, Lyle Timpe, Ben Maxwell, Leavenworth Fruit Co., John McCoy and Homer Smithson, Appellees.**

**Nos. 14167, 14224.**

United States Court of Appeals, Ninth Circuit.

Jan. 3, 1955.

See, also, 9 Cir., 214 F.2d 113, 114.

S. P. Beecher, in pro. per.

John J. Ripple, Henry R. Newton, Randall & Danskin, Spokane, Wash., for appellees.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Beecher moves this court to stay execution of enforcement and execution of Nos. 14,167 and 14,224 until disposition of his petition for certiorari to the United States Supreme Court. This court will not entertain the motion. Beecher v. Leavenworth State Bank, 9 Cir., 211 F.2d 158.

The motion is denied.